UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 06, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Mendoza, Benjamin Lopez | Docket No. | 2:19CR00036-RMP-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Benjamin Lopez Mendoza, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 25th day of February 2019, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Benjamin Lopez Mendoza is alleged to have tested positive for the presence of cocaine on August 26, 2019.

On March 1, 2019, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Mendoza. Mr. Mendoza acknowledged an understanding of the conditions, which included standard condition number 9.

On August 26, 2019, Mr. Mendoza reported to Pioneer Human Services and provided a urine sample that tested presumptive positive for the presence of cocaine. Mr. Mendoza denied using cocaine at that time. Subsequently, the sample was sent to Alere Toxicology (Alere) for further analysis.

On August 31, 2019, Alere confirmed the aforementioned urine sample tested positive for the presence of cocaine.

On September 3, 2019, the undersigned officer confronted Mr. Mendoza about testing positive for the presence of cocaine. Mr. Mendoza stated he was cleaning his house recently and found cocaine in a drawer. He stated he has been experiencing stress due to his legal status, as well as his finances and chose to ingest the cocaine.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

| | | |
|---|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. | |
| | Executed on: | September 6, 2019 |
| by | s/Erik Carlson | |
| | Erik Carlson U.S. Pretrial Services Officer | |

PS-8

Re: Mendoza, Benjamin Lopez
September 6, 2019
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

September 6, 2019
_____
Date